NOVEMBER 17, 1952.

No. 77. W. J. DILLNER TRANSFER CO. *v.* UNITED STATES ET AL. *Per Curiam:* Judgment affirmed. *United States* v. *Tucker Truck Lines,* 344 U. S. 33, decided November 10, 1952. *Ernie Adamson* for appellant. *Daniel W. Knowlton* and *J. Stanley Payne* for the United States and the Interstate Commerce Commission, appellees.

No. 113. TINDER *v.* UNITED STATES. It is ordered that William W. Koontz, Esq., of Alexandria, Va., a member of the Bar of this Court, be appointed to serve as counsel for the petitioner in this case.

No. 206, Misc. CHAPMAN *v.* MICHIGAN. Motion for leave to file petition for writ of habeas corpus and petition for writ of certiorari to the Supreme Court of Michigan denied.

No. 188, Misc. FLECK *v.* SWOPE, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 52. TERRY ET AL. *v.* ADAMS ET AL. C. A. 5th Cir. Certiorari granted. *Ira J. Allen* for petitioners.